```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 33873
   EDWARD E WILSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9761

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 09/13/2004 and was confirmed 11/15/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  58.78% from remaining funds.

    The case was paid in full 10/22/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED          10600.00       753.58       10600.00
HSBC AUTO FINANCE          UNSECURED         8105.00          .00        4763.96
AFFILIATED RADIOLOGISTS    UNSECURED        NOT FILED         .00             .00
ASPIRE                     UNSECURED          724.67          .00         425.95
BALABAN FURNITURE          UNSECURED OTH     172.68           .00         101.53
BMG MUSIC SERVICE          UNSECURED        NOT FILED         .00             .00
COLUMBIA HOUSE             UNSECURED        NOT FILED         .00             .00
NCO FINANCIAL SYSTEMS IN   NOTICE ONLY      NOT FILED         .00             .00
ROUNDUP FUNDING LLC        UNSECURED          656.52          .00         385.89
PREMIER BANCARD CHARTER    UNSECURED          448.52          .00         263.63
IMPERIAL CAPITAL BANK      UNSECURED        NOT FILED         .00             .00
MACNEAL PHYSICIANS INC     UNSECURED        NOT FILED         .00             .00
MEDSTAR LABORATORY INC     UNSECURED        NOT FILED         .00             .00
MURPHY MARTIN RECOVERY     NOTICE ONLY      NOT FILED         .00             .00
PUBLISHERS CLEARING HOUS   UNSECURED        NOT FILED         .00             .00
RUSH PRESBYTERIAN ST LUK   UNSECURED        NOT FILED         .00             .00
SPRINT                     UNSECURED        NOT FILED         .00             .00
ENCORE RECEIVABLES         NOTICE ONLY      NOT FILED         .00             .00
T-MOBILE BANKRUPTCY        UNSECURED          146.36          .00          86.03
AMSHER COLLECTION SERVIC   NOTICE ONLY      NOT FILED         .00             .00
HOUSEHOLD AUTOMOTIVE FIN   NOTICE ONLY      NOT FILED         .00             .00
HOUSEHOLD TAX MASTERS      UNSECURED          443.90          .00         260.92
BALABAN FURNITURE          SECURED           500.00           .00         500.00
LEDFORD & WU               DEBTOR ATTY      2,194.00                    2,194.00
TOM VAUGHN                 TRUSTEE                                      1,164.51
DEBTOR REFUND              REFUND                                         246.68

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 21,746.68

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 33873 EDWARD E WILSON
```

```
PRIORITY                                                              .00
SECURED                                                         11,100.00
      INTEREST                                                     753.58
UNSECURED                                                        6,287.91
ADMINISTRATIVE                                                   2,194.00
TRUSTEE COMPENSATION                                             1,164.51
DEBTOR REFUND                                                      246.68
                                       ---------------    ---------------
TOTALS                                      21,746.68          21,746.68
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
     Dated: 01/28/08                  _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE